# EXHIBIT A

# STATE COURT RECORD

Approved, SCAO | Original - Court | 1st copy - Defendant | 2nd copy - Plaintiff | 3rd copy - ...

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>6th JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | OAKLAND COUNTY  12-124233-CK<br>JUDGE JAMES M. ALEXANDER<br>HEALTH ENHANC v CEPTAZYME |
|---|---|---|

Court address: 1200 N. Telegraph Road, Pontiac, MI 48341-0404     Phone no. (248) 858-0582

Plaintiff's name(s), address(es), and telephone no(s).
Health Enhancement Products, Inc.
a Corporation

v

Defendant's name(s), address(es), and telephone no(s).
Zus Health, LLC
1265 E. Fort Union Blvd.
Cottonwood Hgts., UT 84047

Plaintiff's attorney, bar no., address, and telephone no.
Edward G. Lennon PLLC
Edward G. Lennon (P42278)
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
(248) 723-1276

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

Issued: JAN 1 3 2012    This summons expires: APR 1 3 2012    Court clerk: BILL BULLARD JR.

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

Docket no. | Judge | Bar no.

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

Docket no. | Judge | Bar no.

**VENUE**
Plaintiff(s) residence (include city, township, or village): Bloomfield Hills, MI
Defendant(s) residence (include city, township, or village): Cottonwood Heights, UT
Place where action arose or business conducted: Bloomfield Hills, MI

01/13/2012
Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Approved, SCAO
Original - Court
1st copy - Defendant

12-124233-CK

JUDGE JAMES M. ALEXANDER
HEALTH ENHANC v CEPTAZYME

| STATE OF MICHIGAN | | SUMMONS AND COMPLAINT | | CASE NO. |
|---|---|---|---|---|
| JUDICIAL DISTRICT | | | | |
| 6th JUDICIAL CIRCUIT | | | | |
| COUNTY PROBATE | | | | |

**Court address**
1200 N. Telegraph Road, Pontiac, MI 48341-0404

**Court telephone no.**
(248) 858-0582

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Health Enhancement Products, Inc. a Corporation | v | Ceptazyme, LLC 1115 E. Ironwood Drive North Salt Lake, UT 84054 |

**Plaintiff's attorney, bar no., address, and telephone no.**
Edward G. Lennon PLLC
Edward G. Lennon (P42278)
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
(248) 723-1276

**SUMMONS** | **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| JAN 1 3 2012 | FEB 1 3 2012 | BILL BULLARD JR. |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** | Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court. The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court. The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Bloomfield Hills, MI | North Salt Lake, UT |

**Place where action arose or business conducted**
Bloomfield Hills, MI

01/13/2012
Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

HEALTH ENHANCEMENT PRODUCTS, INC.,
a corporation,

          Plaintiff,

v

CEPTAZYME, LLC,
a limited liability company,
ZUS HEALTH, LLC, and
a limited liability company,

          Defendants.



OAKLAND COUNTY 12-124233-CK - CK
JUDGE JAMES M. ALEXANDER
HEALTH ENHANC v CEPTAZYME

_____/

EDWARD G. LENNON PLLC
Edward G. Lennon (P42278)
Attorney for Plaintiff
355 S. Old Woodward, Ste. 100
Birmingham, MI 48009
(248) 723-1276
_____/

## COMPLAINT

There is no other pending or resolved civil action arising out of the
transaction or occurrence alleged in this Complaint.

Plaintiff, Health Enhancement Products, Inc., for its Complaint, states as follows:

### PARTIES, JURISDICTION AND VENUE

1.    Plaintiff, Health Enhancement Products, Inc. ("HEPI"), is a Nevada corporation with a principal place of business located in Oakland County, Michigan.

2.    Defendant Ceptazyme, LLC ("Ceptazyme") is a limited liability company that conducts business in the State of Michigan

3.    Defendant Zus Health, LLC ("Zus") is a Utah limited liability company that conducts business in the State of Michigan.

4. This cause of action arises out of a contract that was breached in Oakland County, Michigan.

5. The amount in controversy, exclusive of interest and costs, exceeds $25,000.

## FACTUAL ALLEGATIONS

6. HEPI is the rightful owner of certain intellectual property and know-however relating to nutritional products known and trademarked as ProAlgaZyme ("the Product").

7. Zus desired to obtain a world-wide exclusive license to distribute and market the Product.

8. HEPI and Zus entered into a license agreement on September 2, 2010 ("the Agreement", attached as Exhibit A).

9. Under the Agreement, HEPI granted to Zus a world-wide license to market, sell and distribute the Product according to certain terms and conditions.

## COUNT I – BREACH OF CONTRACT (ZUS)

10. HEPI hereby incorporates the allegations contained in paragraphs 1 through 9 as if set forth herein in their entirety.

11. HEPI has at all times complied with its obligations under the Agreement.

12. Zus has breached Section 7.1 of the Agreement by failing to comply with all rules and regulations regarding the sale of a dietary supplement, including FDA regulations.

2

13. Zus has breached Section 11.4 of the Agreement by failing to comply with all applicable U.S. laws and regulations in connection with recent activities related to the promotion and distribution of the Product.

14. Zus has breached Section 11.12 of the Agreement by purporting to assign to Ceptazyme Zus' rights under the Agreement without the written consent of HEPI.

15. HEPI has been damaged as a result of Zus' breach of the Agreement.

## COUNT II – BREACH OF CONTRACT (CEPTAZYME)

16. HEPI hereby incorporates the allegations contained in paragraphs 1 through 15 as if set forth herein in their entirety.

17. Although Zus' purported assignment of the Agreement to Ceptazyme is invalid, Ceptazyme has acted as the assignee of the Agreement from Zus.

18. Ceptazyme has breached Section 7.1 of the Agreement by failing to comply with all rules and regulations regarding the sale of a dietary supplement, including FDA regulations.

19. Ceptazyme has breached Section 11.4 of the Agreement by failing to comply with all applicable U.S. laws and regulations in connection with recent activities related to the promotion and distribution of the Product.

20. Ceptazyme has breached Section 11.12 of the Agreement by acting as the assignee of Zus under the Agreement.

21. HEPI has been damaged as a result of Zus' breach of the Agreement.

3

Wherefore, Plaintiff prays for a Judgment against Defendants, jointly, as follows:

(a) Pursuant to MCR 2.605, declaring that the Agreement is terminated;

(b) Awarding HEPI actual damages;

(c) Pursuant to Section 11.7 of the Agreement, awarding HEPI reasonable attorney fees and costs incurred in bringing this action.

Respectfully submitted,

EDWARD G. LENNON PLLC

Dated: January 13, 2012

EDWARD G. LENNON (P42278)
Attorney for Plaintiff

4

| PROOF OF SERVICE | SUMMONS AND COMPLAINT |
|---|---|
| | Case No. 12-124233-CK |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE** OR ☑ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,

☑ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with Notice of Mandatory EFiling and Case Labels

List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Ceptazyme, LLC | 1115 E. Ironwood Drive, North Salt Lake, UT 84054 | 2/2/2012 @ 1:54 pm |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature
Kimberly A. Fischer
Name (type or print)
Legal Assistant
Title

Subscribed and sworn to before me on 02/16/2012 , Oakland County, Michigan.
My commission expires: 04/16/2014 Signature: _____
Deputy court clerk/Notary public
Notary public, State of Michigan, County of Oakland

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

on behalf of _____

Signature

Received for Filing Oakland County Clerk 2012 FEB 16 PM 01:56

Received for Filing Oakland County Clerk 2012 FEB 16 PM 01:56

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ .65 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.95 |

Postmark Here

Sent To: Ceptazyme, LLC
Street: 1115 E. Ironwood Drive
City: North Salt Lake, UT 84054
Health Enhancement/sic

7011 0470 0002 4237 7809

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ceptazyme, LLC
1115 E. Ironwood Drive
North Salt Lake, UT 84054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 0470 0002 4237 7809

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Received for Filing Oakland County Clerk 2012 FEB 16 PM 01:56

English   Customer Service   USPS Mobile                                             Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70110470000242377809 | | Delivered | February 02, 2012, 1:54 pm | NORTH SALT LAKE, UT 84054 | Certified Mail™ |
| | | Arrival at Unit | February 02, 2012, 7:48 am | BOUNTIFUL, UT 84010 | |
| | | Depart USPS Sort Facility | February 02, 2012 | SALT LAKE CITY, UT 84199 | |
| | | Processed through USPS Sort Facility | February 02, 2012, 5:32 am | SALT LAKE CITY, UT 84199 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                              2/16/2012

Received for Filing Oakland County Clerk 2012 FEB 24 AM 09:34

Edward G. Lennon
Edward G. Lennon, LLC
355 South Old Woodward, Ste.100
Birmingham, Michigan 48009
(248) 723-1276
Attorney for Health Enhancement Products, Inc

## IN THE SIXTH JUDICIAL CIRCUIT COURT
## FOR THE COUNTY OF OAKLAND, STATE OF MICHIGAN

| | |
|---|---|
| HEALTH ENHANCEMENT PRODUCTS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CEPTAZYME LLC, a Utah Limited Liability Company, and ZUS HEALTH, LLC, a Utah Limited Liability Company <br><br> Defendants. | **ACCEPTANCE OF SERVICE** <br><br> Case No. <br> 12-124233-CK <br><br> Judge James M. Alexander |

The undersigned, Jeffrey L. Silvestrini, a member in good standing of the Utah State Bar, and Utah counsel for Zus Health, LLC., hereby accepts service of process in the above matter on behalf of Zus Health, LLC. On behalf of Zus Health, LLC, the undersigned waives formal service of any summons in the above-matter. The undersigned further acknowledges receipt of a copy of the Complaint herein and understands that a response on behalf of Zus Health, LLC, shall be due within a period of twenty-eight (28) days from the date hereof. This acceptance shall not constitute the entry of an appearance herein and is made without prejudice to the assertion of any right, claim or defense which may be asserted by or on behalf of Zus Health, LLC in the above-referenced action.

*Acceptance of Service, Page 2*

      Executed at Salt Lake City, in the County of Salt Lake, State of Utah this 23rd day of February, 2012.

                                                  Jeffrey L. Silvestrini
                                                  Cohne Rappaport & Segal, PC
                                                  Utah State Bar No. 2959
                                                  Counsel for Zus Health, LLC, a Utah Limited
                                                      Liability Company

State of Utah          )
                        : ss.
County of Salt Lake  )

      On the 23rd day of February, 2012, personally appeared before me Jeffrey L. Silvestrini, who did affirm that he was authorized to execute the foregoing on behalf of Zus Health, LLC as its attorney at law.



                                                    Notary Public

DIANA BARWALD
NOTARY PUBLIC · STATE OF UTAH
My Comm. Exp. 12/17/2014
Commission # 604005

F:\TRACP\02\JEFF\Coptazyme\Acceptance of Service Edward Lennon.wpd

Received for Filing Oakland County Clerk 2012 FEB 24 AM 09:34