IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTH ENHANCEMENT PRODUCTS, INC.,

    Plaintiff,

v.

CEPTAZYME, LLC, a limited liability company, and ZUS HEALTH, LLC, a limited liability company,

    Defendants.

Case No.:
Hon.:
Magistrate Judge:

Transferred from:
Oakland County Circuit Court
Case No. 12-124233-CK
Hon. James M. Alexander

## NOTICE OF APPEARANCE

Please enter the Appearance of Jayson M. Macyda of the law firm of Maddin, Hauser, Wartell, Roth & Heller, P.C., on behalf of Defendants, Ceptazyme, LLC and Zus Health, LLC, in the above-entitled matter.

Respectfully submitted,

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.

*/s/ Jayson M. Macyda*
By: Jayson M. Macyda (P64733)
*Local Counsel for Ceptazyme, LLC and Zus Health, LLC*
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: jmacyda@maddinhauser.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 1, 2012** I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will automatically send notice of such filing to counsel of record.

**I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.**

*/s/ Jayson M. Macyda*
By: Jayson M. Macyda (64733)
*Local Counsel for Ceptazyme, LLC
and Zus Health, LLC*