UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Health Enhancement Products, Inc.,

           Plaintiff(s),

v.                                               Case No. 2:12−cv−10948−AC−LJM
                                                 Hon. Avern Cohn

Ceptazyme, LLC, et al.,

           Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 3, 2012 at 11:00 AM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

           By: s/ J. Owens
                  Case Manager

Dated:   March 8, 2012