UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HEALTH ENHANCEMENT PRODUCTS, INC.,

                    Plaintiff(s),                              Case No. 12-CV-10948

v.                                                             Judge  Avern Cohn

 CEPTAZYME, LLC, and ZUS HEALTH, LLC,            Magistrate Judge  Laurie J. Michelson

                    Defendant(s).

_____/

STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

          Pursuant to E. D. Mich. LR 83.4,  CEPTAZYME, LLC_____

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

        Yes ☐        No ☑

        If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
        between it and the named party.

        Parent Corporation/Affiliate Name:
        Relationship with Named Party:

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
        interest in the outcome of the litigation?

        Yes ☐        No ☑

        If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

        Parent Corporation/Affiliate Name:
        Nature of Financial Interest:

Date: March 13, 2012                          /s/ Brian A. Nettleingham


                                              P58966
                                              Maddin Hauser Wartell Roth & Heller, PC
                                              28400 Northwestern Hwy.
                                              Third Floor
                                              Southfield, MI 48034
                                              (248) 359-7503
                                              bnettleingham@maddinhauser.com