UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HEALTH ENHANCEMENT PRODUCTS, INC.,

                Plaintiff(s),                      Case No. 12-cv-10948

v.                                                        Judge Avern Cohn

CEPTAZYME, LLC, and ZUS HEALTH, LLC,        Magistrate Judge Laurie J. Michelson

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

        Pursuant to E. D. Mich. LR 83.4, ZUS HEALTH, LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 13, 2012                        /s/ Brian A. Nettleingham

                                                  P58966
                                                  Maddin Hauser Wartell Roth & Heller, PC
                                                  28400 Northwestern Hwy.
                                                  Third Floor
                                                  Southfield, MI 48034
                                                  (248) 359-7503
                                                  bnettleingham@maddinhasuer.com