# EXHIBIT B

**Ceptazyme, LLC**
**620 South Main Street**
**Bountiful, Utah  84010**

January 13, 2012

Andrew A. Dahl, President
Health Enhancement Products, Inc.
7 West Square Lake Road
Bloomfield Hills, Michigan  48302

Delivered via email and Federal Express

Re: Your Communications Dated
     January 6th and 9th 2012

Dear Andrew:

I am in receipt of your email and letter regarding Health Enhancement's position regarding our agreement dated September 2, 2010. I have forwarded your communications to stakeholders and counsel for review. I have asked counsel to prepare and forward a more formal response, which will be directed to your attention at the Michigan address.

While counsel's response will address various additional issues, I feel it is necessary to respond to certain issues contained in your communications' given their content and tenor.

First, as to your attempt to cast a cloud over the assignment to Ceptazyme; I suggest that you review our agreement's specific provisions regarding this contemplated assignment and what party suggested that language. You have dealt with Ceptazyme as a contractual party from the inception of our business relationship and certainly accepted our money; to now suggest this transfer was ineffective or Ceptazyme is not a contractual partner is specious at best.

Second, your letter attempts to be notice of "recent actions" that you deem to be "material" breaches of our Agreement and which have damaged your company.  You state these "recent actions" violate paragraphs Section 2.1, 7.1 and 11.4 but nowhere in your communication do you specify what these actions are or provide sufficient information for a reasonable person to determine what specific actions you mean.

Lastly, the repudiation of your contractual obligations and the course you have elected to follow will inevitably lead to multiple litigations and investigations. Your letter suggests that we discuss the matter. Contact me at (801) 230-6996 if that is still of interest.

I'm prepared to do so but please do not construe my willingness to resolve our difference as a sign of my reticence to pursue this matter to the fullest.

Sincerely,


Bradley C. Robinson
CEO
Ceptazyme, LLC

cc:   John G. Nossiff, Esq.
      Phillip M. Rice II
      Laith Yaldoo