UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTH ENHANCEMENT
PRODUCTS, INC.,

       Plaintiff,

v.                                    Case No. 12-10948

CEPTAZYME, LLC, a                   HON. AVERN COHN
limited liability company, ZUS
HEALTH LLC, a limited liability
company,

       Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (Doc. 3)

       This is a contract case.  Plaintiff is suing defendants claiming they breached a license agreement in which defendants agreed to market, sell, and distribute a nutritional product known as ProAlgaZyme.

       Before the Court is defendants' motion to dismiss for lack of personal jurisdiction. For the reasons stated on the record at the hearing on May 16, 2012, the motion is GRANTED.  This case is DISMISSED.  <u>See</u> Fed. R. Civ. P. 12(b)(2).

       SO ORDERED.

Dated:  May 17, 2012                _s/Avern Cohn_____
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE

**12-10948  Health Enhancement Products, Inc. v Ceptazyme, LLC, et al**
Order Granting Defendants Motion to Dismiss for Lack of Jurisdiction

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 17, 2012, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160