UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTH ENHANCEMENT PRODUCTS, INC.,

    Plaintiff,

-vs-

    Case No. 12-10948
    Hon: AVERN COHN

CEPTAZYME, LLC and ZUS HEALTH LLC,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiff's Motion For Reconsideration Of This Court's May 17, 2012, Order Granting Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction (Doc. 120).

The motion is DENIED.

L.R. 7.1(L)(3) requires the movant in a motion for reconsideration to demonstrate a palpable defect by which the Court has been misled. Nothing in the motion papers suggests the Court has been misled. The fact that Xooma Worldwide may be doing business in Michigan does not mean defendants were doing business in Michigan.

SO ORDERED.


Dated: June 14, 2012          S/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 14, 2012, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                        Case Manager, (313) 234-5160